IN THE UNITED STATES DISTRICT COURT
Southern ~~Northern~~ DISTRICT OF IOWA
~~Central~~ DIVISION
Des Moines

RECEIVED
05 AUG -8 AM 10: 24
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

David L. Hering 6345575

4-05-CV-453
JEG ~~FEB~~

(Enter above the FULL name and
inmate number of the plaintiff
or plaintiffs in this action)

vs.

42 U.S.C. 1983

Complaint

State of Iowa
Iowa State Patrol
Trooper Robert Smith
Trooper Micheal McUeigh

(Enter above the FULL name of
each defendant in this action)

(NOTE: if there is more than ONE plaintiff, a separate sheet should be attached giving the
information in parts I and II below foe EACH plaintiff by name.)

I.   Previous Lawsuits:

   A. Have you begun other lawsuits in state or federal court dealing with the same facts
      Involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

   B. If your answer to A is YES, please answer the questions 1 thru 7 on next page.
      (If there is more than one lawsuit, describe the additional lawsuits on another
      sheet of paper using the same outline.)

1. parties to this previous lawsuit

   Plaintiffs_____

   _____

   _____

   Defendants_____

   _____

2. Court (if federal court, name the district; If state court name the county
   _____

3. Docket number_____

4. Name of judge whom case was assigned_____

5. Disposition, if known (for example: was the case dismissed? Was it appealed? Is it still pending?_____

6. Approximate date of filing lawsuit_____

7. Approximate date of disposition_____

II. Place of present confinement  Anamosa State Prison

   A. Is there a prisoner grievance procedure in this institution ?   YES ( X )   NO ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   YES ( )   NO ( X )

   C. If your answer is YES,

      1. What steps did you take?_____

      _____

      2. What was the results_____

   D. If your answer is No, explain why not  Not a prison issue _____

      _____

   E. If there is no prisoner grievance procedure in the institution did you complain to prison authorities?   YES ( )   NO ( X )

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

II. Parties

(in item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff _David L. Hering 6345575_
   Address _406 North High Street Anamosa Iowa 52205_

B. Additional plaintiffs _____

(In item C below, place the full name of the defendant in the first blank, his official position in the second blank. Use item D for the name, positions, and places of employment of any additional defendants.)

C. Defendant _Robert Smith_ is employed as _Iowa State Trooper_ at _Stockton, Iowa_

D. Additional Defendants _Micheal McVeigh is employed as Iowa State Trooper at Stockton, Iowa. State of Iowa and Iowa State Patrol are employers of Smith and McVeigh and responsible for there conduct._

III. Jurisdiction

This complaint is brought pursuant to 42 U.S.C. 1983, and jurisdiction is based on 28 U.S.C. 1343 (c). Plaintiff(s) allege(s) That the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint

IV. Statement of claim

(State here as briefly as possible the FACTS OF YOUR CASE. You MUST state exactly what each defendant personnaly did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading part V CONTINUED at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

On August 6 2003 Trooper Robert Smith Attempted to Murder plaintiff by firing assault weapon at him and then shooting plaintiff at point Blank range in plaintiffs house. Plaintiff was unarmed and had one inch of bone blown out of his leg. Trooper Micheal Mcveigh clubbed Plaintiff about the head and shoulders until Knocking Plaintiff unconscious this was after trooper Smith had shot Plaintiff They had no warrants. The aforesaid acts were done

continued

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

The plaintiff wants 5.5 million dollars for permanant partial disability, Permanant Scars, pain Suffering, mental anguish, Hospital and Doctor bills Damage done to personal property

Part V Continued

IV. Statement of claims

by defendants Smith and McVeigh torturously willfully and with malicious design and purpose of murdering, injuring and damaging Plaintiff. The conduct of Defendants Smith and McVeigh was in needless and reckless disregard of Plaintiffs 4th 8th and 14th amendment constitutional rights and was grossly negligent in disregard for the safety of others. The State of Iowa and Iowa State Patrol failed to provide proper training for defendants Smith and McVeigh or it was conducted in such a reckless and grossly negligent manner so that future misconduct as present here was inevitable. In addition Defendant State of Iowa and Iowa State Patrol was grossly negligent and reckless in its supervision of its ~~police officers~~

VI.  Statement Regarding Assistance In Preparing This Complaint

    A. Did any person other than a named plaintiff in this action assist you in preparing this complaint? YES ( )  NO (X)

    B. If your answer is YES, name the person who assisted you. _____

    C. Signature of person who helped you prepare complaint.

_____       _____
(Signature)                                    (Date)

VII.  Signature(s) of plaintiff(s)

Signed this __3__ day of __August__, 20_05_.

_David J. Heuing_
(Signature of Plaintiff)

Signatures of additional plaintiffs, if any:

_____
_____
_____

NOTICE: This correspondence was mailed from an institution of the Iowa Department of Corrections

David Hering 6345525
406 North High Street
Anamosa Iowa 52205

MAILED FROM ZIPCODE 52205
AUG 04 2005
$2.00

Clerk of United States District Court
Southern District of Iowa
Central Division
P.O. Box 9344
Des Moines, Iowa
50306-9344

Legal Mail